UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE KRUSAC

        Plaintiff,

                                  Case No. 2:21-CV-10397-TGB
vs.                               HON. TERRENCE G. BERG

HOWARD TERNES PACKAGING
COMPANY

        Defendant.

_____/

## **ORDER OF DISMISSAL**

The Court, having the benefit of the parties Stipulation and otherwise being more fully informed in the premises;

IT IS HEREBY ORDERED that the Complaint in this matter is dismissed in its entirety with prejudice and without costs to any party.

                                  /s/Terrence G. Berg
                                  Honorable Terrence G. Berg
                                  United States District Judge

Entered: October 8, 2021